**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com

*Attorneys for Eric M. Haley, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SHANTEL JESSICA HERNANDEZ,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:23-bk-00311-MCW<br><br>**TRUSTEE'S APPLICATION FOR ORDER TO SHOW CAUSE WHY DEBTOR SHOULD NOT COMPLY WITH ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004 (TELEPHONIC)** |

Eric M. Haley, Chapter 7 Trustee ("**Trustee**") by and through undersigned, herein files this *Application for Order to Show Cause Why Debtor Should Not Comply with Order Granting Trustee's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004* ("**Application**") which seeks the Court issue an Order to Show Cause to be issued against Shantel Jessica Hernandez as to why he should not be required to comply with the *Order Granting Trustee's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004* ("**2004 Order**"). For his Application, Trustee respectfully presents the following Memorandum of Points and Authorities.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. This case was commenced by a voluntary petition filed by Shantel Jessica Hernandez ("**Debtor**") on January 18, 2023 ("**Petition Date**").

2. Pursuant to the 2004 Order entered by this Court on May 24, 2024 at DE 37, Debtor was to produce documents detailed in the Exhibit A to the Trustee's *Application for Production of*

*Documents and Oral Examination Pursuant to F.R.B.P. 2004* ("**2004 Application**") no later than May 30, 2024. (DE 37 and 38).

3. The 2004 Order and a Notice of FRBP 2004 Examination and Certificate of Service were served on the Debtor on May 1, 2024. (DE 38).

4. Despite service, the Debtor failed to appear for the telephonic examination and failed to produce the documents pursuant to the 2004 Order.

5. The 2004 Order primarily pertains to non-exempt property of this Estate and the Trustee requires the requested documentation to determine if the property can be liquidated and to assist in the marketing and liquidation of that property. Absent the Debtor's compliance with her duties, the Estate may be harmed.

6. Although there is already an Order of the Court directing the Debtor to provide the requested documentation, several courts in this District have requested that the Trustee request an Order to Show Cause before proceeding to file a complaint for revocation or denial of discharge under 11 U.S.C. § 727(d) so that the Debtor understands the weight of his non-compliance.

7. Pursuant to 11 U.S.C. § 521, debtors are required to "cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties" and to "surrender to the trustee, all the property of the estate." The facts of this case, as set forth above, indicate an abuse of the bankruptcy system. Debtor has failed and refused to cooperate with Trustee, and has failed and refused to turnover financial documents relating to the administration of the Estate.

8. Before the Trustee proceeds to pursue more extreme remedies against the Debtor as a result of her non-compliance, such as relief under 11 U.S.C. § 727, the Trustee requests that the Debtor appear and explain what reason, should she have any, as to why she has not complied with this Court's prior 2004 Order to produce the records and to comply with the duties under 11 U.S.C. § 521. Should the Debtor not have sufficient cause to excuse her non-compliance and should she not comply with such duties within fourteen (14) days after entry of an Order to Show Cause, her continued refusal to cooperate with the Trustee and comply with this Court's order can only be

taken as failure and/or refusal to obey an order of the Court and grounds for the Trustee to pursue a denial or revocation of discharge pursuant to 11 U.S.C. § 727.

WHEREFORE, Trustee prays for an order:

A. Granting this Application;

B. Directing Shantel Jessica Hernandez to appear before this Court and show cause why she should not be required to comply with the 2004 Order and produce all documents as requested by the Trustee in the 2004 Application; and

C. For such other relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this 26th day of July, 2024.

**LANE & NACH, P.C.**

By: */s/ Stuart B. Rodgers – 027520*
    Stuart B. Rodgers
    *Attorney for Trustee*

COPY of the foregoing delivered via first class mail or electronic mail to:

Shantel Jessica Hernandez
3640 W. Turney Ave.
Phoenix, AZ 85019
*Debtor, Pro Se*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov
Email: jennifer.a.giaimo@usdoj.gov

By: */s/ Aimee Bourassa*